CLOSED,HABEAS,HabeasPSLC

# U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:24−cv−00524−LL−DDL

| | |
|---|---|
| Manago v. Cueva et al | Date Filed: 03/18/2024 |
| Assigned to: Judge Linda Lopez | Date Terminated: 04/08/2024 |
| Referred to: Magistrate Judge David D. Leshner | Jury Demand: None |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

| | |
|---|---|
| Early Neutral Evaluation Conference: | Settlement Conference: |
| Case Management Conference: | Settlement Disposition Conference: |
| Status Hearing: | Pretrial Conference: |
| Status Conference: | Final Pretrial Conference: |
| Mandatory Settlement Conference: | Trial Date: |

**Petitioner**

**Stewart Manago**  represented by  **Stewart Manago**
BN4545
California Medical Facility
PO Box 2000
Vacaville, CA 95696
PRO SE

V.

**Respondent**

**Daniel E. Cueva**  represented by  **Attorney General**
*Warden*
State of California
Office of the Attorney General
600 West Broadway
Suite 1800
San Diego, CA 92101−3702
(619)645−2076
Fax: (619)645−2313
Email: docketingsdawt@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**James Flaherty**  represented by  **Attorney General**
*DAG*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2024 | 1 | Petition for Writ of Habeas Corpus against Daniel E. Cueva, James Flaherty (Filing fee $ 5, Fee Not Paid, IFP Not Filed.), filed by Stewart Manago. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, |

|  |  |  |
|---|---|---|
|  |  | # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I)<br><br>The new case number is 3:24−cv−524−LL−DDL. Judge Linda Lopez and Magistrate Judge David D. Leshner are assigned to the case.(bdc) (jms). (Entered: 03/20/2024) |
| 04/08/2024 | 2 | Case transferred to Central District of California, Eastern Division. Files transferred electronically to: *Central District of California, Eastern Division*.*3470 Twelfth Street, 1st Floor**Riverside, CA 925013801*. Signed by Judge Linda Lopez on 4/8/2024. (Attachments: # 1 Transfer Order) (All non−registered users served via U.S. Mail Service)(ddf) (Entered: 04/08/2024) |