**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 5:24-cv-00780-MCS-KES                    Date: May 14, 2026

Title: STEWART MANAGO v. DANIEL E. CUEVA, WARDEN

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    Order to Show Cause Why Case Should Not Be Dismissed**

In October 2024, the Court ordered Petitioner to file a status report by December 20, 2024. (Dkt. 27.) When Petitioner failed to do so, the Court ordered him to file a status report by January 30, 2026. (Dkt. 28.) When Petitioner failed to do so and it appeared from public records that he may have changed addresses, the Court updated his mailing address and sent a new order requiring him to file a status report March 2, 2026. (Dkt. 29.)

None of the mail sent to Petitioner has been returned as undeliverable. Petitioner has not filed anything in this case since 2024. The Court, therefore, orders Petitioner to show cause why this case should not be dismissed for failure to prosecute and failure to follow court orders. Petitioner may discharge this OSC by filing a status report **by June 8, 2026.** The status report must (1) confirm Plaintiff's correct mailing address (2) state when he filed his state exhaustion petition and attach a copy or (3) explain why, despite the passage of more than a year, he has been unable to file a state exhaustion petition. Failure to file a timely status report will likely result in dismissal.

MINUTES FORM 11                                                    Initials of Deputy Clerk JD
CIVIL-GEN